N/S/I

Name: PATRICK WHITE

Address: 13105 KornBlum Ave #1

Hawthorne CALif. 90250

Phone: 323-253-7083

Fax: _____

In Pro Per

Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PATRICK WHite

Plaintiff

v.

Mathew
David Russell
Claudia Steckler
Office Depot    Defendant(s).

CASE NUMBER:

2:22-CV-05216-RGK(JEM)

Office Depot 1-15-2022 at approximately 6 pm I PATRICK WHite (African American) Enter with the intent to make some copies every important legal paper an other related document. All documents were stored and uploaded on my cellPhone which I have had this copy process conducted at other office Depot stores in the pass, Nonetheless upon enter Politely waiting in line to be Called later called by Mr. Mathew (Hispanic) that I showed to him some documents and papers are stored in my cell phone. which I would like them copies, at that point Mr. Mathew

The STORE # 2740 - Ref: 220118 - 015360
No investigation

CV-127 (09/09)        PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

②

Just looked at me then said - Quote. Get out the store, unquote. I was taken back by his response when all I wanted was to have some copies made. stored from my cellphone. I then said, Would you please get the manager, Mr. Mathew then pointed in the direct where Mr. David Russell (Causation) was standing I proceeded over to him with the intent to explain what I wanted and how Mr. Mathew statements to me referring to get out of the store for no reason, Mr. David Russell, Ask for my cellphone while showing him the documents and paper I wanted copied, in my presents. Mr. David Russell, swiped his finger across the front portion, glass in front of my phone, this deleted all the information, Records, and papers I wanted copies, I don't know why he did this without my permission or consent, I then responded by saying. Why did you do that? Mr. David Russell, then said. I sent you the documents via to your email, I then said. You don't have my email address, ... I don't have a account here he lied. I was instructed to leave the store. I Went to my car to retrieve paper and pin, I return while writing down both employees names for future references. Upon exiting

the Store, Mr. Mathew then said, quote. Don't bring your Black ass back. Unquote Notation, on the date in question, I did observe a numbers of camera's in the Store to which, I'm sure the misconduct intentionally committed by both employees against me was recorded. Based on the facts and information submitted herein over an over an over I Mr. PATRICK WHite, ask's the Complaint DEPT to conduct a full and complete investigation in to the complaint based on discrimination and reverse discrimination committed against me by both Office Depot employee's for no justifiable reason I call customer service about 50 to 60 times Reporting the same complaint 1-15-2022. And I ask they said nothing yet 24hr. to 48hr for 7months I call 1-16-2022 until Now

(4)

ON 1-19-2022 I receive a Email from mrs Claudia Steckler with store #240 that doesn't exist in office Depot listing at all Fraud, Cover up, Bogus, Never Exist NO INVESTIGATION. 1-10-2022 to 1-19-2022 Brief of contract NO Respond at all 7 months later

Office Depot ImSUEing You for 10 million Dollas Reverse Discrimination, Fraud, Cover up, Bogus, Never Exist, No investigation, Brief of contract

YOUR HONOR I ASK You to Reward me 10 million Dollars from office depot Thank You          Patrick White

- 7-13-2022



## Store # 240 Complaint - Ref.:

## 220118-015360   Add label

**Claudia Steckler** Jan 19
to me, Customer ⌄

Dear Mr. White:

Your situation was forwarded to me in Executive Customer Relations at Office Depot's corporate headquarters. I am sorry for the issue you encountered recently. We take your complaint seriously.
I will forward your concerns and circumstances to the corresponding District Manager and Regional Sales Director for that store location. Please allow them 24 – 48 business hours to follow up with you.

Please let me know if you have any questions. Again, I apologize for the situation and appreciate your feedback.

My contact details are below.

Thank you.

Sincerely,


Claudia Steckler
Executive Customer Relations | Office Depot
6600 North Military Trail | Boca Raton, FL 33484
Tel: 561.288.9406 | claudia.steckler@officedepot.com


Office DEPOT OfficeMax

CONFIDENTIALITY NOTICE: The information contained in this email and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or the taking of any action in reliance upon the information is prohibited. If you

 https://www.officedepot.com › offic...

# Office Supplies in Manhattan Beach, CA | Office Depot **2740** 220118 - 015 360

Whether you need office products, office furniture or tech services, visit Office Depot store at 1700 A ROSECRANS AVE in MANHATTAN BEACH, CA today. You can find ...

From: Claudia Steckler <Claudia.Steckler@officedepot.com>

Date: Wed, Jan 19, 2022, 7:18 AM

Subject: Store # 240 Complaint - Ref.: 220118-015360

To: whitepatrick1163@gmail.com <whitepatrick1163@gmail.com>

Cc: Customer Relations <Customer.Relations@officedepot.com>


Dear Mr. White:

Your situation was forwarded to me in Executive Customer Relations at Office Depot's corporate headquarters. I am sorry for the issue you encountered recently. We take your complaint seriously.

I will forward your concerns and circumstances to the corresponding District Manager and Regional Sales Director for that store location. Please allow them 24 – 48 business hours to follow up with you.

Please let me know if you have any questions. Again, I apologize for the situation and appreciate your feedback.

My contact details are below.

Thank you. Sincerely,


Claudia Steckler

Executive Customer Relations | Office Depot

6600 North Military Trail | Boca Raton, FL 33484

Tel: 561.288.9406 | claudia.steckler@officedepot.com

Fraud, Cover up, Bogus, lies, Don't exist, No investigation

