JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WHITE, | 2:22-cv-05216-RGK-JEM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| OFFICE DEPOT, ET AL., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 4/17/2023

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE